UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONNEKA SMITH | CIVIL ACTION |
| VERSUS | NUMBER: 17-11898 |
| OCHSNER MEDICAL CENTER - WESTBANK, L.L.C., ET AL | SECTION: "J" (1) |

## J U D G M E N T

Considering the court's Order and Reasons dated, January 23, 2019, filed herein,

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendants, Ochsner Health System and Ochsner Medical Center – Westbank, L.L.C., and against plaintiff, Ronneka Smith, dismissing the plaintiff's claims without prejudice.

New Orleans, Louisiana, this 23rd day of January 2019.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE